**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| DAISCIA N. REDMAN, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:26-cv-213 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS, *et al.*, | : | Magistrate Judge Peter B Silvain, Jr. |
| | : | |
| Defendants. | : | |

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS (DOC. NO. 6)**

---

Presently before the Court is Magistrate Judge Peter B. Silvain, Jr.'s Report and Recommendations ("Report") (Doc. No. 6). Therein, Magistrate Judge Silvain recommends that Plaintiff Daiscia N. Redman be permitted to proceed on her claim against Defendant Marva Allen for failure to protect. (Doc. No. 6 at PageID 59.) Otherwise, Magistrate Judge Silvain recommends dismissing the remainder of the Plaintiff's causes of action for failure to state a claim and for failure to adhere to basic pleading standards. (*Id.* at PageID 52-59.)

Noting that no objections have been filed regarding the Report, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** Magistrate Judge Silvain's Report and Recommendations (Doc. No. 6). Accordingly, the Court **ORDERS** that:

1. Plaintiff may proceed on her claim against Defendant Marva Allen for failure to protect;

2. Plaintiff's official capacity claims for monetary damages against all Defendants are **DISMISSED WITH PREJUDICE**;
3. Plaintiff's Fourteenth Amendment deprivation-of-property claims against Defendants Marva Allen and Sargeant Carl Imhoff are **DISMISSED WITHOUT PREJUDICE**;
4. Plaintiff's First Amendment retaliation claims against Defendants Sargeant Carl Imhoff and Case Manager Abrams are **DISMISSED WITHOUT PREJUDICE**;
5. Plaintiff's Eighth Amendment failure to protect claims against Defendants Sargeant Carl Imhoff and Case Manager Abrams are **DISMISSED WITHOUT PREJUDICE**;
6. To the extent that Plaintiff intended to raise claims against Defendants Ohio Department of Rehabilitation and Corrections, Unit Manager T. Priest, and Katie Nixon, those claims are **DISMISSED WITHOUT PREJUDICE**; and,
7. Because Plaintiff has failed to state any viable claim against Defendants Ohio Department of Rehabilitation and Corrections, Sargeant Carl Imhoff, Unit Manager T. Priest, Case Manager Abrams, and Katie Nixon, those Defendants are **DISMISSED** as parties to this action.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, November 4, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE